AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**STATE FARM BANK, F.S.B., et al.,**

    **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-05-268**

**JOHN B. REARDON,**
**JUDGE EDMUND A. SARGUS, JR.**
    **Superintendent of the Ohio Division**
**MAGISTRATE JUDGE TERENCE P. KEMP**
    **of Financial Institutions,**

    **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed September 28, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 28, 2007          JAMES BONINI, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk