AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**STATE FARM BANK, F.S.B., et al.,**

      **Plaintiffs,**                             **AMENDED**
                                                **JUDGMENT IN A CIVIL CASE**

**vs.**

                                                **CASE NO.  C2-05-268**
**JOHN B. REARDON,**                     **JUDGE EDMUND A. SARGUS, JR.**
     **Superintendent of the Ohio Division**    **MAGISTRATE JUDGE TERENCE P. KEMP**
     **of Financial Institutions,**

      **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Amended Opinion and Order filed October 10, 2007, JUDGMENT is hereby entered DISMISSING this case.**


Date: October 10, 2007                         JAMES BONINI, CLERK


                                                */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk