AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STATE FARM BANK, F.S.B., et al.,**

       **Plaintiffs,**

**vs.**

**JOHN B. REARDON,**
**Superintendent of the Ohio**
**Division of Financial Institutions,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-05-268**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed October 10, 2008, JUDGMENT is entered in favor of Plaintiff.**

Date: October 10, 2008            JAMES BONINI, CLERK

                                               /S/ Andy F. Quisumbing
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk